IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, *ex rel.,* ESL, INC, *et al.,* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | | Case No. 3:17cv370 |
| | : | |
| BRIGADIER CONSTRUCTION SERVICES, LLC, *et al.,* | : | JUDGE WALTER H. RICE |
| | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| UNITED STATES, *ex rel.,* MECHANICAL SYSTEMS OF DAYTON, *et al.,* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Case No. 3:17cv408 |
| | : | |
| BRIGADIER CONSTRUCTION SERVICES, LLC, *et al.,* | : | JUDGE WALTER H. RICE |
| | : | |
| Defendants. | | |

---

DECISION AND ENTRY CONSOLIDATING CAPTIONED CAUSES, AND, AT THE REQUEST OF COUNSEL, STAYING SAME, PENDING COMPLETION OF ARBITRATION PROCEEDINGS BETWEEN THE PARTIES TO THE CONSOLIDATED LITIGATION

---

The captioned cause is ordered Administratively Processed on the docket of this Court,

given the stay of all proceedings requested by counsel pending the completion of arbitration proceedings.

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record